**Exhibit A to the Complaint**

**Location:** Langhorne, PA  **IP Address:** 100.11.18.212
**Total Works Infringed:** 31  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B6731C228E3E77B26F2D438DA2BF25ED71A2F078<br>File Hash: 34C65E0282157D32FBA0B1120805511668DA7BC92AA21D52A121AFD523D907F8 | 02/20/2021 20:01:18 | Blacked | 02/20/2021 | 03/08/2021 | PA0002280369 |
| 2 | Info Hash: A0773C60F76662953037B74165052481628E2F11<br>File Hash: 1F4409E86A98263BD34267B242C67DA85F665AFF65FEBB8F925DAC4F30BE6C9B | 02/14/2021 19:58:24 | Tushy | 02/14/2021 | 03/08/2021 | PA0002280366 |
| 3 | Info Hash: 93EB9DEAF463F4AF3BD9E2D76BA391F909CCC7F2<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02/07/2021 02:29:37 | Blacked | 02/06/2021 | 03/08/2021 | PA0002280372 |
| 4 | Info Hash: 50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash: A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 02/06/2021 20:18:05 | Vixen | 02/05/2021 | 02/09/2021 | PA0002276151 |
| 5 | Info Hash: FE1B5290193A13F3642F1D6FD536BF6E313D0FF6<br>File Hash: 66FFB9A362465AB618B6925BE3B0450E0F148A32D0FAD2BF9FFE8253636584C2 | 02/01/2021 01:15:46 | Tushy | 01/31/2021 | 02/09/2021 | PA0002276144 |
| 6 | Info Hash: B643509B744AA2BC78C6F6E7A5FEADA925EDFE45<br>File Hash: 77C04498ACC41BAA6DABF502F24144C4CD348922B0FCCE808CE8653AF4BC09B5 | 01/18/2021 01:50:20 | Vixen | 01/15/2021 | 02/02/2021 | PA0002280500 |
| 7 | Info Hash: E713D89DBB841FCA06E2ED2D573238E1605C5258<br>File Hash: 05FE1DF9D606E6B61D5A4AF8A0BB8D7D39D61BAFDCFCE9D66898F73197D0834B | 01/18/2021 01:48:49 | Tushy | 01/17/2021 | 02/09/2021 | PA0002276149 |
| 8 | Info Hash: 59154555AF2E443B03E387EDD0E34F1BAF703A45<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01/17/2021 04:52:29 | Blacked | 01/16/2021 | 02/09/2021 | PA0002276150 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 04CF2901CDAEEDC6B4D011B0B8C3E65A18762337<br>File Hash: 0AB77A3F0D46748F548CAE0998134F33480F2CDD519953D87B5BC127610AF68E | 01/10/2021 02:19:40 | Vixen | 01/08/2021 | 02/02/2021 | PA0002280513 |
| 10 | Info Hash: A9A25F9F09A1155DE1C3F28D27956E7119010879<br>File Hash: F5F5943927B619C69E07BAB9E1D00F57448A4616C68B807CF9E95D8D861698E6 | 01/05/2021 19:58:15 | Tushy | 01/03/2021 | 02/02/2021 | PA0002280504 |
| 11 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01/05/2021 04:12:20 | Blacked | 01/02/2021 | 01/05/2021 | PA0002269954 |
| 12 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 01/02/2021 01:30:13 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 13 | Info Hash: 6CA0412F00E59D795DC36C34E223AAE9998B767C<br>File Hash: F013EC723880DE1A6356F37ED370FC8B8C933ADC1637E79614FDA0DD290944C7 | 01/02/2021 01:19:20 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 14 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94<br>File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 01/02/2021 01:17:13 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 15 | Info Hash: 3C0443FF390767BA5B427401087ADB1B626BCE22<br>File Hash: E520AAE48CD901AFC55DC2F91A93F95D694D5474712E3610243878B86B759E13 | 12/31/2020 19:49:31 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 16 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 12/31/2020 19:49:26 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 17 | Info Hash: 7A28920E7024FFAA9C9E3F2BF942D1360C852BC5<br>File Hash: 5951E2FC96FBA568E67C0E89708A84798CB8F69F0AE809DC9D81226A47D677C6 | 12/15/2020 18:03:32 | Blacked | 12/12/2020 | 01/04/2021 | PA0002277035 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 39B258056BC2EB474C97D6716D53AC9549E5D86F<br>File Hash: F87F73D0A510E7794F351B7D5B4EBF593968288D9330CA29799B014AE72B954D | 12/15/2020 18:03:26 | Vixen | 12/11/2020 | 01/04/2021 | PA0002277039 |
| 19 | Info Hash: 943AA6998FC6DA369AB0CB628C9DA105FF9EBDC8<br>File Hash: 88AE0B3DF636AE7D6C89333A9608286713400A9C45CAC2DC41A863594B30BACD | 12/15/2020 18:02:20 | Tushy | 12/13/2020 | 12/28/2020 | PA0002269085 |
| 20 | Info Hash: 3C793E25BD6E9E0908125BC83A966F3DC6D628A7<br>File Hash: 8FDF7E80CC120B419212A1F8F06C979256DC90BEF9436C38FD7564C20DFC5A98 | 12/07/2020 19:42:57 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |
| 21 | Info Hash: 1194E183FFDF71459B475A921BBF2F0A91EDB324<br>File Hash: 60CB587DFFECA8818C81522C75AD5A7F64C3BAB32AFF7A0F3DFE604355A7BD11 | 12/07/2020 19:42:41 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 22 | Info Hash: E1C14843DC58F3CB2CCB7383B242E4EE8D32363B<br>File Hash: B2B52FF8692BFD0B5B86AD10AFC1C974F24A7E19CA3761D99B7A306ABAEC104F | 12/03/2020 21:04:02 | Tushy | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 23 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 11/30/2020 20:56:47 | Blacked | 11/28/2020 | 12/28/2020 | PA0002269083 |
| 24 | Info Hash: D95DD9DDE1D56D2652DF56DDD308A8F222104588<br>File Hash: 9419A3ACB5DAD22CA7B78BB4590AED121B6A4B27D5B5F8012EBB0CC61B065CFF | 11/12/2020 21:13:47 | Tushy | 11/08/2020 | 12/09/2020 | PA0002274932 |
| 25 | Info Hash: EAB3533FB381C799B59AAA64A20DF16CE3C18A18<br>File Hash: 8EACC9C021727EBBEF8D7686F98200CCE8C26D84CE88A7D7D44DD10C0794D8E8 | 11/09/2020 19:58:52 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 26 | Info Hash: AEA7918FD1B713FD99E2F97CFFC399F016CF59E9<br>File Hash: C9FABD456B6F378F280307BFE97EEF137BEB4D2D010417C8FCDA6B7AA8548122 | 11/07/2020 19:35:37 | Vixen | 11/06/2020 | 12/09/2020 | PA0002274936 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9<br>File Hash: 32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 11/02/2020 21:06:18 | Tushy | 11/01/2020 | 11/18/2020 | PA0002272627 |
| 28 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11/01/2020 03:16:51 | Blacked | 10/31/2020 | 11/24/2020 | PA0002265967 |
| 29 | Info Hash: 6A00929B3D2F54C7FF7C31812DA1CEB6F03A8DF0<br>File Hash: E7517A6F80C556646938E7C39ABB9A3F1BB5D89FF3E3D535E96E9F527B6321A6 | 11/01/2020 02:19:58 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 30 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10/24/2020 02:55:42 | Vixen | 10/23/2020 | 11/18/2020 | PA0002272622 |
| 31 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 10/18/2020 21:44:06 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |